THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Dennis Willie Melton,       
Appellant.
 
 
 

Appeal From Lee County
Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-262
Submitted February 20, 2004  Filed April 19, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Dennis Melton was convicted 
 of distribution of crack cocaine, distribution of crack cocaine within proximity 
 of a school, and conspiracy to distribute crack cocaine.  He was sentenced to 
 ten years in prison.  Melton appeals, arguing the trial court erred by allowing 
 the solicitor to use two peremptory challenges in a discriminatory manner.  
 On appeal, counsel for Melton has filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), asserting that there were no meritorious grounds for appeal 
 and requesting permission to withdraw from further representation.  Melton filed 
 a pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 

 
 [1] We
 decide this case without oral argument pursuant to Rule 215, SCACR.